FILED
CHARLOTTE, NC

MAR 11 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:24-cr-50-RJC |
| v. | **FACTUAL BASIS** |
| RODNEY ALEXANDER REID | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime. The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On April 28, 2023, **Rodney Alexander Reid** possessed a stolen firearm, that is: a Glock, model 33GEN4, .357 caliber, pistol. At the time of the possession, **Reid** knew and had reasonable cause to believe that the Glock, model 33GEN4, .357 caliber, pistol was stolen.

2. The Glock, model 33GEN4, .357 caliber, pistol was manufactured outside of the State of North Carolina and therefore the firearm traveled in or affected interstate or foreign commerce before being seized by law enforcement on April 28, 2023.

DENA J. KING
UNITED STATES ATTORNEY

_____
ERIK LINDAHL
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Information in this case and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Information. I hereby certify that the defendant does not dispute this Factual Basis.

_____  DATED: 3/8/24
Mekka Jeffers-Nelson, Attorney for Defendant